**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**PETCHEM, INC.,**

        **Plaintiff,**

-vs-                                                       Case No. 6:04-cv-1080-Orl-28KRS

**CANAVERAL PORT AUTHORITY,**

        **Defendant.**

_____

**ORDER TO STRIKE**

Document 42, Notice of Filing Expert Report, filed in the above-styled case. It fails to comply with the requirements of either the Federal Rules of Civil Procedure or the Local Rules of the Middle District of Florida for the reason listed below. Therefore, the document is **ORDERED** stricken and the Clerk is directed to delete the document. Additionally, any responses required to be filed because of the deleted document will not be required and will also be stricken and deleted.

Non-Filing of Discovery Material: M.D. Fla. L.R. 3.03(e).

**DONE** and **ORDERED** in Orlando, Florida on September 8, 2005.

*Karla R. Spaulding*
KARLA R. SPAULDING
UNITED STATES MAGISTRATE JUDGE